UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL NIEVES,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; DANIEL MUNDY, M.D. – DIRECTOR OF MANHATTAN FORENSIC PSYCHIATRIC COURT CLINIC; JONATHAN WEISS, M.D.; DANIEL HUPERT, ATTORNEY AT LAW,<br><br>                    Defendants. | 21-CV-6720 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court denies Plaintiff's claims for injunctive relief under the *Younger* abstention doctrine.

The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

The Court denies Plaintiff's request for an order to show cause (ECF 4) and application for the Court to request counsel (ECF 6) as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 17, 2021
        New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                         Chief United States District Judge